1  KAREN P. HEWITT
   United States Attorney
2  STEWART M. YOUNG
   Assistant U.S. Attorney
3  California State Bar No. 234889
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6228/ Fax: (619)235-2757

6  Attorneys for Plaintiff
   United States of America

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA,        )   Mag. Case No. 08-MJ-1161
10                                   )
              Plaintiff,             )
11       v.                          )
                                     )   MOTION TO UNSEAL SPECIFIED
12 THOMAS V. SWIFT (D1),             )   DOCUMENTS FOR DISCOVERY
   KEVIN D. KENNEDY (D2),            )   PURPOSES
13 ROBERT ROCCO (D3),                )
   STEVEN ZUFALL (D4),               )
14 RUDY TIJERINA (D5),               )
   JESSE SANDOVAL (D6),              )
15 KYLE KIMBREL (D7),                )
   JORGE MORALES (D8),               )
16 JOSE RODRIGUEZ-PARRA (D9),        )
   RANDY KENNEDY (D10),              )
17 GLENN SWIFT (D11),                )
   GREGORY SWIFT (D12),              )
18 BRANDON GONZALEZ (D13),           )
                                     )
19            Defendants.            )
                                     )
20

21      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

22 KAREN P. HEWITT, United States Attorney, and Stewart M. Young, Assistant United States Attorney,

23 and hereby moves the Court for an order directing that in the above-captioned case, the applications,

24 affidavits and search warrants attached thereto, as well as this motion and order, be unsealed for the

25 purposes of providing discovery to the defendants.

26

27

28

1     Furthermore, the Government further requests that these documents remain under seal, except
2 for the purposes of providing discovery to the defendant, until further order of the Court.
3     DATED: April 28, 2008.

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                                    s/Stewart M. Young
                                    STEWART M. YOUNG
                                    Assistant United States Attorney

06MJ2202