PS 8C                                                                                    June 5, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Petition for Summons for Defendant Under Supervision

FILED 08 JUN 10 PM 3: 17
CLERK, U.S. DISTRICT
BY: EC  DEPUTY

**Name of Defendant:** Swift, Glenn Allen (English)            **Dkt No.:** 08CR1540JM-011
Charged As: (same)

**Name of Judicial Officer:** The Honorable Jeffrey T. Miller, U.S. District Judge

**Next Court Date:** June 27, 2008, at 9:00 a.m. for Change of Plea before the Honorable Barbara L. Major, U.S. Magistrate Judge

**Original Offense:** Conspiracy to Manufacture Marijuana

**Date Conditions of Release Imposed:** April 16, 2008, before the Honorable Barbara L. Major, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to the Southern District of California; not to enter Mexico; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment.

**Modification**: On April 22, 2008, the conditions of release were modified to require the defendant to submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drugs or alcohol abuse, not to exceed six (6) times per month. On April 28, 2008, the conditions of release were again modified to enable the defendant to travel to the Central District of California.

**Date Supervision Commenced:** April 22, 2008

**Asst. U.S. Atty.:** Stewart Young            **Defense Counsel:** Jan Ronis (Retained)
                                                                     (619) 236-8344

**Prior Violation History:** On May 10, 2008; May 13, 2008; and May 19, 2008; the defendant submitted urine specimens which tested positive for marijuana. Your Honor was notified the positive tests could be attributable to use prior to his arrest in this matter and would be consistent with his reported drug use history. No action was taken.

PS 8C
Swift, Glenn                                                                                        June 5, 2008
DKT #08CR1540JM-011                                                                        Page 2

## PETITIONING THE COURT

**TO CITE THE DEFENDANT INTO COURT ON JUNE 13, 2008, AT 11:00 A.M.**

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| Submit to treatment and/or testing as specified by the PSO, for drugs or alcohol, not to exceed six (6) times per month. | 1. On May 31, 2008, the defendant submitted a urine sample which tested positive for marijuana. |

***Grounds for Revocation:*** On June 5, 2008, the undersigned received and reviewed the notification from the U.S. Pretrial Services lab indicating the defendant submitted a urine specimen on May 31, 2008, which tested positive for marijuana. My review of the documents revealed the defendant reported to Mental Health Inc. for a scheduled drug test on May 31, 2008. On that date, an observed urine sample was obtained from the defendant. On June 3, 2008, an EMI screening of the sample by U.S. Pretrial Services' Drug Analysis Technician, Mary Sloan, showed it was positive for marijuana. After the screening, Ms. Sloan placed the sample in a secured short term refrigerator. On June 4, 2008, U.S. Pretrial Services' Drug Analysis Technician, Carlos Martinez, retrieved the sample from the secured short term refrigerator. Mr. Martinez conducted a gas chromography/mass spectrometry (GC/MS) test of the sample which revealed the sample was positive for marijuana. The GC/MS showed a concentration level of drugs to be 48 nanograms per milliliter. Pursuant to 18 USC 3154, GC/MS is the accepted standard to confirm actionable drug test results.

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| Submit to treatment and/or testing as specified by the PSO, for drugs or alcohol, not to exceed six (6) times per month. | 1. On June 5, 2008, the defendant submitted a urine sample which screened positive for marijuana. |

***Grounds for Revocation:*** On June 5, 2008, the undersigned received notification from the U.S. Pretrial Services lab indicating the defendant submitted a urine specimen on June 5, 2008, which screened positive for marijuana. The defendant reported to the Pretrial Services office on today's date and an observed urine sample was obtained from him. This same day, an EMI screening of the sample by U.S. Pretrial Services' Drug Analysis Technician, Mary Sloan, showed it was positive for marijuana. We are awaiting the confirmation results for this test.

PS 8C

Swift, Glenn                                                  June 5, 2008
DKT #08CR1540JM-011                                           Page 3


## U.S. Pretrial Services Officer Recommendation:

The defendant had a series of positive drug tests which were attributed to use prior to the involvement in this case. He then tested negative, which was expected, as the levels decreased with each urine sample. However, since the negative test, he has submitted two positive urine samples. Therefore, Pretrial Services respectfully recommends the defendant be cited into court on June 13, 2008, at 11:00 a.m., to show cause why his bond should not be revoked.


Respectfully submitted:                    Reviewed and approved:

by _____Jay Reed_____                    _____Charlene Delgado_____
United States Pretrial Services Officer    Supervising U.S. Pretrial Services Officer
(619) 557-7207


Attachments

## THE COURT ORDERS:

___✓___   AGREE. CITE THE DEFENDANT INTO COURT ON JUNE 13, 2008, AT 11:00
          A.M. TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

_____   OTHER _____

          _____


_____Jeffrey T. Miller_____                              6/9/08
The Honorable Jeffrey T. Miller                            Date
U.S. District Judge