AO 455 (Rev. 12/03) Waiver of Indictment

## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

*Thomas Swift*

WAIVER OF INDICTMENT

CASE NUMBER: 08-CR 1540

I, *Thomas Swift*, the above named defendant, who is accused of

*21 U.S.C. §846 and 841(a)(1)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *27 June 2008* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*[signature]*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judge

**FILED**
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MB  DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd