FILED
09 JAN 30 PM 3:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case no. 08-CR-1540-JM |
| ) Plaintiff, ) | |
| v. ) | **ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEED** |
| ) THOMAS V. SWIFT (D1) ) | |
| ) Defendant ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the criminal bond be exonerated and the following real property, located at 413 Silver Spur Way, San Marcos, California 92069, be released and reconveyed to Thomas V. Swift, 413 Silver Spur Way, San Marcos, California 92069.

**SO ORDERED.**

DATED: 1/30/09

HON. JEFFREY T. MILLER
United States District Judge

08-CR-1540